**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Glazing Health and Welfare Trust, et al.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE GLAZING
HEALTH AND WELFARE TRUST, *et al.*,

                           Plaintiffs,

vs.

COMBOS GLASS, INC., *et al.*,

                           Defendants.

CASE NO.: 2:23-cv-01837-GMN-BNW

**STIPULATION AND ORDER FOR A THREE-MONTH STAY TO THE CASE AS TO BATHROOM & CLOSET LLC AND LARRY METHVIN INSTALLATIONS, INC.**

**(FIRST REQUEST)**

     The Plaintiffs, Board of Trustees of the Glazing Health and Welfare Trust, *et al.* (collectively, the "Plaintiffs"), and Defendants, Bathroom & Closet LLC and Larry Methvin Installations, Inc. (collectively, the LMI Defendants"), each acting by and through their undersigned counsel, respectfully submit this Stipulation and Order for a Three-Month Stay to the Case as to the LMI Defendants, up to and including May 6, 2024 ("Stipulation"). This Stipulation constitutes the parties' first request for such an extension and is being entered in good faith and not for any improper purpose.

**A.    BACKGROUND**

     1.    The Plaintiffs filed the Complaint on November 8, 2023 [ECF No. 1].

     2.    The LMI Defendants were each served with a copy of the Summons and Complaint on December 5, 2023. *See* ECF Nos. 8 & 9.

     3.    The LMI Defendants have not filed a responsive pleading, and the Plaintiffs granted the LMI Defendants through February 6, 2024, in which to file a responsive pleading.

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

4.     The parties have not yet conducted a discovery-planning conference pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1.

5.     The Court has not issued a Scheduling Order.

6.     Plaintiffs assert that a significant aspect of this litigation involves a payroll compliance review ("Audit") for the period September 1, 2017 through the present ("Audit Period"), to verify the accuracy of Defendant Combos Glass, Inc. and Genoa Glass, Inc.'s (collectively, the "Combos Glass Defendants") reporting and payment obligations to the Plaintiffs and to determine the amount of unpaid fringe benefit contributions and related damages owed to the Plaintiffs in addition to those known damages asserted in the Complaint. *See* ECF No. 1, Complaint at ¶¶ 41-50.

7.     Immediately after service was completed, the Plaintiffs and the LMI Defendants began discussing the issues, claims and defenses in this case, as well as the LMI Defendants' intention to cooperate with the Audit (to the extent they have relevant documents) without the need for formal and costly discovery.

8.     To date, the Plaintiffs have requested that the LMI Defendants provide any and all of the following documents for the Audit Period within LMI's possession or control (collectively, "Audit Documents"):

a.     A list of the projects that the LMI Defendants subcontracted to the Combos Glass Defendants, including the project addresses;

b.     Copies of documents and records showing the Combos Glass Defendant's employees and/or hours on the LMI Defendants' projects, including but not limited to: Certified Payroll Reports; timecards; timesheets; sign-in sheets; journals, logs, and reports from project managers and supervisors; jobsite access control records; and lists of employees who accessed the projects;

c.     Copies of subcontract agreements, including addenda, memoranda, purchase orders, and change orders, related to the Combos Glass Defendants' work on the LMI Defendants' projects;

d.      Copies of documents and records of invoices, billings, statements, receipts, and pay applications submitted by the Combos Glass Defendants to the LMI Defendants for payment for work performed and material provided to the LMI Defendants' projects;

e.      Copies of payments made to the Combos Glass Defendants, or to another party on their behalf, related to the LMI Defendants' projects, including but not limited to checks, stubs, confirmations, and receipts; and

f.      A description of the scope of work performed by the Combos Glass Defendants on the LMI Defendants' projects.

9.      The LMI Defendants have requested that the Plaintiffs provide the following documents and information (collectively, "Claim Documents"):

a.      Copies of applicable Collective Bargaining Agreements;

b.      Copies of applicable Trust Agreements;

c.      Copies of Monthly Contribution Reports submitted by Combos Glass, Inc. to the Plaintiffs for the Audit Period;

d.      Copies of documents filed to date in the above-captioned case; and

e.      Breakdown of the $25,520.09 claim amount asserted by the Plaintiffs in the Complaint as being owed (*see* ECF No. 1, Complaint at ¶ 40).

10.     Additional time is required for the Plaintiffs to produce the Claim Documents, the LMI Defendants to produce the Audit Documents, the Plaintiffs' auditor to review the Audit Documents, and the parties to discuss a resolution of any claims.

11.     This Stipulation is made for the purposes stated above and not for purposes of delay or any other improper purpose.

**B.      STAY OF CASE**

1.      The LMI Defendants agree to provide the Audit Documents to the Plaintiffs, and the Plaintiffs agree to provide the Claim Documents to the LMI Defendants, on or before March 8, 2024.

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

2.      The Parties agree to stay the Case as to the LMI Defendants, only, including all applicable responsive pleading, discovery dates and deadlines, through at least May 6, 2024, to allow the Plaintiffs' auditor to review the Audit Documents, perform the Audit, and for the parties to confer regarding the auditor's findings and the possibility of settlement.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By:___*/s/ Kevin B. Archibald*___
    Kevin B. Archibald, Esq. (NV Bar 13817)
    7440 W. Sahara Avenue
    Las Vegas, Nevada 89117
    Tel: (702) 255-1718
    Email: kba@cjmlv.com
    *Attorneys for Plaintiffs Glazing Health*
    *and Welfare Trust, et al.*

DATED:  February 6, 2024

**LITTLER MENDELSON PC**

By:___*/s/ Z. Kathryn Branson*___
    Z. Kathryn Branson, Esq. (NV Bar 11540)
    3960 Howard Hughes Pkwy, Ste. 300
    Las Vegas, NV 89169
    Tel: (702) 862-7709
    Fax: (702) 862-8811
    Email: kbranson@littler.com
    *Attorneys for Defendants Bathroom &*
    *Closet LLC and Larry Methvin*
    *Installations, Inc.*

DATED:  February 6, 2024

## <u>ORDER</u>

For the reasons stated above, and for good cause, it is hereby ordered that:

1.      The LMI Defendants shall provide the Audit Documents to the Plaintiffs on or before March 8, 2024.

2.      The Plaintiffs shall provide the Claim Documents to the LMI Defendants on or before March 8, 2024.

3.      This Case and all responsive pleading, discovery dates and deadlines, are stayed until May 6, 2024, to allow the Plaintiffs' auditor time to review the Audit Documents, perform the Audit, and for the parties to confer regarding the auditor's findings and the possibility of settlement.

4.      If the Plaintiffs or the LMI Defendants fail to fully and timely comply with the terms of the Stipulation and provide respective documents discussed above, the stay will be automatically lifted.

/ / /

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

5.      The parties shall submit a Joint Status Report by March 22, 2024 addressing the status of the Stipulation to keep the Court appraised of the case during the stay.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  2/12/2024_____

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

## CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin.  On the date of filing of the foregoing papers with the Clerk of Court, I caused a true and correct copy to be served in the following manner:

☒      ELECTRONIC SERVICE:   Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐      UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address:

☐      OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below at their last-known mailing address:

☒      ELECTRONIC MAIL:       By emailing a true and correct copy of the above-referenced document to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address:

| | |
|---|---|
| Z. Kathryn Branson, Esq.<br>Email: kbranson@littler.com | Eduardo Vargas, Esq.<br>EVargas@littler.com |
| Arthur T. Carter, Esq.<br>atcarter@littler.com | Lee Cotugno, Esq.<br>lwc@cotugno-law.com |

☐      FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By:   ___/s/ Natalie Saville_____