**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the
Glazing Health and Welfare Trust, et al.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> COMBOS GLASS, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:23-cv-01837-GMN-BNW <br><br> **JOINT STATUS REPORT AND STIPULATION AND ORDER TO STAY CASE AS TO ALL DEFENDANTS** <br><br> **(FIFTH REQUEST)** |

The Plaintiffs, Board of Trustees of the Glazing Health and Welfare Trust, *et al*. (collectively, the "Plaintiffs"), acting by and through their counsel, Christensen James & Martin, Chtd.; Defendants Combos Glass, Inc. ("Combos Glass"), Genoa Glass, Inc. ("Genoa Glass"), and Christopher Ronald Combos ("Mr. Combos") (Combos Glass, Genoa Glass, and Mr. Combos collectively, the "Combos Glass Defendants"), acting *pro se*; Defendant Western Surety Company ("WSC"), acting by and through its counsel, Anderson, McPharlin & Conners, LLP; Defendant SureTec Insurance Company ("SIC"), acting by and through its counsel, The Faux Law Group; and Defendants Bathroom & Closet, LLC ("B&C") and Larry Methvin Installations, Inc. ("LMI") (B&C and LMI collectively, the "LMI Defendants"), acting by and through their counsel, Littler Mendelson, P.C. (the Combos Glass Defendants, WSC, SIC, and the LMI Defendants collectively, "Defendants"), respectfully submit this Joint Status Report and Stipulation and Order to Stay Case as to all Defendants (this "Stipulation"). This Stipulation constitutes the Plaintiffs and Defendants' (collectively, the "Parties") fifth request for such an extension and is being entered in good faith, not for any improper purpose, and pursuant to the Stipulation and Order dated December 9, 2024 [ECF No. 30]:

1. This Case was stayed through February 21, 2025, pursuant to the Stipulation and Order entered by the Court on December 9, 2024 [ECF No. 30].

2. The Case was previously stayed to allow the Plaintiffs' auditor to perform a payroll compliance review ("Audit") and prepare an audit report, and for the Parties to review the audit report and confer regarding the possibility of settlement.

3. The Plaintiffs' auditor prepared the audit report, and it was distributed to the Defendants on or around January 30, 2025.

4. Now that the audit report has been prepared and distributed, the Parties are endeavoring to complete their respective reviews thereof as quickly as possible to prepare to confer regarding the possibility of settlement.

5. The Parties agree that this Case should be stayed at least until March 21, 2025, including all applicable responsive pleading, discovery dates, and deadlines, to allow additional time for the Parties to review the audit report and confer regarding the possibility of settlement.

6. The Parties will inform the Court as to the potential for early resolution as soon as practicable before the expiration of the stay on March 21, 2025.

7. The Parties agree further that the stay discussed herein does not apply to any motions that may be brought by Plaintiffs to compel compliance with this Stipulation.

8. If further time is required for early resolution, the Parties will confer to seek an extended stay in this Case.

9. The Combos Glass Defendants acknowledge and assert that they have had an opportunity to discuss this Stipulation and the effects that it has or may have with an attorney of their choice, that they accept the consequences of entering into this Stipulation, and that for the limited purpose of entering this Stipulation they have chosen to appear pro se or through their corporate representative.

/ / /

/ / /

2.

Combos Glass and Genoa Glass understand and acknowledge that they are required to be represented by counsel.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **COMBOS GLASS, INC.**[1] |
| By: */s/ Dylan J. Lawter*<br>Dylan J. Lawter, Esq. (NV Bar 15947)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Email: djl@cjmlv.com<br>*Attorneys for Plaintiffs Glazing Health and Welfare Trust, et al.* | By: _____<br>Christopher Combos, its President<br>PO Box 811<br>Genoa, NV 89411<br>Tel: (775) 830-3500<br>Email: chriscombos@gmail.com;<br>combosglass@gmail.com<br>*Pro se* |
| DATED: February 12, 2025. | DATED: February ___, 2025. |
| **LITTLER MENDELSON, P.C.** | **GENOA GLASS, INC.** |
| By: */s/ Eduardo Vargas Cortes*<br>Eduardo Vargas Cortes (*admitted pro hac vice*)<br>633 W. 5th St., 63rd Floor<br>Los Angeles, CA 90071<br>Tel: (213) 443-4300<br>Email: evargas@littler.com<br>*Attorneys for Defendants Bathroom & Closet, LLC and Larry Methvin Installations, Inc.* | By: _____<br>Christopher Combos, its Secretary<br>PO Box 811<br>Genoa, NV 89411<br>Tel: (775) 830-3500<br>Email: chriscombos@gmail.com;<br>combosglass@gmail.com<br>*Pro se* |
| DATED: February 12, 2025. | DATED: February ___, 2025. |
| | **CHRISTOPHER RONALD COMBOS**<br><br>_____<br><br>DATED: February ___, 2024. |

---

[1] The Defendants listed herein without signatures did not respond to Plaintiffs' request for authorization/signature prior to filing.

3.

| | |
|---|---|
| **THE FAUX LAW GROUP** | **ANDERSON, MCPHARLIN & CONNERS, LLP** |
| By: */s/ Jordan F. Faux* | By: */s/ Vincent James John Romeo* |
| Jordan F. Faux, Esq. (NV Bar 12205) | Vincent James John Romeo (NV Bar 9670) |
| 2625 N. Green Valley Pkwy., #100 | 601 S. Seventh St. |
| Henderson, NV 89014 | Las Vegas, NV 89101 |
| Tel: (702) 458-5790 | Tel: (702) 479-1010 |
| Email: jfaux@fauxlaw.com | Email: vjjr@amclaw.com |
| *Attorneys for SureTec Insurance Company* | *Attorneys for Western Surety Company* |
| DATED: February 12, 2025. | DATED: February 12, 2025. |

### **ORDER**

For the reasons stated above, and for good cause, it is hereby ordered that:

1. This Case and all responsive pleading, discovery dates, and deadlines are stayed until March 21, 2025, to allow the Parties to review the Audit Report and confer regarding the possibility of settlement.

2. The Parties shall submit a Joint Status Report by March 21, 2025, advising the Court whether the Parties will seek an extension of the discovery stay or whether the discovery stay may conclude.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/13/2025

4.

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address:

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below at their last-known mailing address:

☒ ELECTRONIC MAIL: By emailing a true and correct copy of the above-referenced document to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address:

Combos Glass, Inc., Genoa Glass Inc. and
Christopher Combos
chriscombos@gmail.com
combosglass@gmail.com

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: ___/s/ Natalie Saville___