1  **CHRISTENSEN JAMES & MARTIN, CHTD.**
   Wesley J. Smith (11871)
2  Kevin B. Archibald (13817)
   Dylan J. Lawter (15947)
3  7440 W. Sahara Avenue
   Las Vegas, Nevada 89117
4  (702) 255-1718
   wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
5  *Attorneys for Plaintiffs Board of Trustees of the*
   *Glazing Health and Welfare Trust, et al.*
6

7                    **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**

8  BOARD OF TRUSTEES OF THE GLAZING
   HEALTH AND WELFARE TRUST, *et al.*,          CASE NO.: 2:23-cv-01837-GMN-BNW
9
                         Plaintiffs,             **JOINT STATUS REPORT AND**
10                                               **STIPULATION AND ORDER TO**
   vs.                                           **STAY CASE AS TO ALL**
11                                               **DEFENDANTS**
   COMBOS GLASS, INC., *et al.*,
12                                               **(NINTH REQUEST)**
                         Defendants.
13

14        The Plaintiffs, Board of Trustees of the Glazing Health and Welfare Trust, *et al.*

15  (collectively, the "Plaintiffs"), acting by and through their counsel, Christensen James & Martin,

16  Chtd.; Defendants Combos Glass, Inc. ("Combos Glass"), Genoa Glass, Inc. ("Genoa Glass"), and

17  Christopher Ronald Combos ("Mr. Combos") (Combos Glass, Genoa Glass, and Mr. Combos

18  collectively, the "Combos Glass Defendants"), acting *pro se*; Defendant Western Surety Company

19  ("WSC"), acting by and through its counsel, Anderson, McPharlin & Conners, LLP; Defendant

20  SureTec Insurance Company ("SIC"), acting by and through its counsel, The Faux Law Group; and

21  Defendants Bathroom & Closet, LLC ("B&C") and Larry Methvin Installations, Inc. ("LMI") (B&C

22  and LMI collectively, the "LMI Defendants"), acting by and through their counsel, Littler

23  Mendelson, P.C. (the Combos Glass Defendants, WSC, SIC, and the LMI Defendants collectively,

24  "Defendants"), respectfully submit this Joint Status Report and Stipulation and Order to Stay Case as

25  to all Defendants (this "Stipulation"). This Stipulation constitutes the Plaintiffs and Defendants'

26  (collectively, the "Parties") ninth request for such an extension and is being entered in good faith,

27  not for any improper purpose, and pursuant to the Order granting the Stipulation to Stay Case as to

28  all Defendants (Eighth Request) dated June 4, 2025 [ECF No. 41]:

1.       This Case was stayed through July 7, 2025, pursuant to the Order granting the Stipulation to Stay Case as to all Defendants (Eighth Request) dated June 4, 2025 [ECF No. 41].

2.       The Case was previously stayed to allow the Plaintiffs' auditor to perform a multi-jurisdictional payroll compliance review ("Audit") for the period January 1, 2018 through March 31, 2023, and prepare an audit report, and for the Parties to review the audit report and confer regarding the possibility of settlement.

3.       The Plaintiffs' auditor prepared the Audit Report, and it was distributed to the Defendants on or around January 30, 2025.

4.       The Plaintiffs, Defendant WSC, Defendant SIC, and the LMI Defendants have reviewed the Audit Report.

5.       The Plaintiffs and Defendant WSC have agreed on settlement terms that would resolve the Plaintiffs' claims as to WSC. Settlement documents have been drafted and the Plaintiffs expect to dismiss WSC in the near future.

6.       The Plaintiffs and Defendant SIC have agreed on settlement terms that would resolve the Plaintiffs' claims as to SIC. Settlement documents are in the process of being drafted and the Plaintiffs expect to dismiss SIC in the near future.

7.       The Plaintiffs and the LMI Defendants have met and conferred regarding the possibility of settlement on multiple occasions and have proposed settlement offers, including the most recent offer from the Plaintiffs to the LMI Defendants submitted on June 27, 2025. The Plaintiffs and the LMI Defendants are continuing such settlement discussions with the intent and belief that negotiations regarding specific terms will lead to settlement and the dismissal of the LMI Defendants, if not the Case in its entirety in the near future.

8.       The Plaintiffs and the LMI Defendants hereby acknowledge the complexities of the claims and disputes in this Case, which involve multi-jurisdictional claimants. Settlement offers must be considered and issued by several Subcommittees and Boards of Trustees of the Plaintiffs.

9.       The Parties agree that this Case should be stayed at least until September 5, 2025, including all applicable responsive pleading due dates, discovery dates, and case deadlines, to allow additional time for the Parties to confer regarding the possibility of settlement and, as applicable,

1  negotiate final settlement terms and documents and file dismissal paperwork with the Court.

2        10.     The Parties will inform the Court as to the potential for early resolution as soon as

3  practicable before the expiration of the stay on September 5, 2025.

4        11.     The Parties agree further that the stay discussed herein does not apply to any motions

5  that may be brought by the Plaintiffs to compel compliance with this Stipulation.

6        12.     If further time is required for early resolution, the Parties will confer to seek an

7  extended stay in this Case.

8        13.     The Combos Glass Defendants acknowledge and assert that they have had an

9  opportunity to discuss this Stipulation and the effects that it has or may have with an attorney of their

10  choice, that they accept the consequences of entering into this Stipulation, and that for the limited

11  purpose of entering this Stipulation they have chosen to appear pro se or through their corporate

12  / / /

13  / / /

representative. Combos Glass and Genoa Glass understand and acknowledge that they are required to be represented by counsel.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: */s/ Kevin B. Archibald*
 Kevin B. Archibald, Esq. (NV Bar 13817)
 7440 W. Sahara Avenue
 Las Vegas, Nevada 89117
 Tel: (702) 255-1718
 Email: kba@cjmlv.com
 *Attorneys for Plaintiffs Glazing Health*
 *and Welfare Trust, et al.*

DATED: July 1, 2025.

**LITTLER MENDELSON, P.C.**

By: */s/ Katy Branson*
 Katy Branson, Esq.
 8474 Rozita Lee Ave, Suite 200
 Las Vegas, NV 89133
 Tel: (702) 862-7730
 Email: KBranson@littler.com
 *Attorneys for Defendants Bathroom &*
 *Closet, LLC and Larry Methvin*
 *Installations, Inc.*

DATED: July 3, 2025.

**THE FAUX LAW GROUP**

By: */s/ Jordan F. Faux*
 Jordan F. Faux, Esq. (NV Bar 12205)
 2625 N. Green Valley Pkwy., #100
 Henderson, NV 89014
 Tel: (702) 458-5790
 Email: jfaux@fauxlaw.com
 *Attorneys for SureTec Insurance Company*

DATED: July 1, 2025.

**COMBOS GLASS, INC.**[1]

By:
 Christopher Combos, its President
 PO Box 811
 Genoa, NV 89411
 Tel: (775) 830-3500
 Email: chriscombos@gmail.com;
 combosglass@gmail.com
 *Pro se*

DATED: July _____, 2025.

**GENOA GLASS, INC.**

By:
 Christopher Combos, its Secretary
 PO Box 811
 Genoa, NV 89411
 Tel: (775) 830-3500
 Email: chriscombos@gmail.com;
 combosglass@gmail.com
 *Pro se*

DATED: July _____, 2025.

**CHRISTOPHER RONALD COMBOS**


DATED: July _____, 2025.

**ANDERSON, MCPHARLIN & CONNERS, LLP**

By: */s/ Vincent James John Romeo*
 Vincent James John Romeo (NV Bar 9670)
 601 S. Seventh St.
 Las Vegas, NV 89101
 Tel: (702) 479-1010
 Email: vjjr@amclaw.com
 *Attorneys for Western Surety Company*

DATED: July 2, 2025.

---

[1] The Defendants listed herein without signatures did not respond to Plaintiffs' request for authorization/signature prior to filing.

1

**ORDER**

2

3

       For the reasons stated above, and for good cause, it is hereby ordered that:

4

       1.     This Case and all responsive pleading, discovery dates, and deadlines are stayed until

5

September 5, 2025, to allow the Parties to review the Audit Report and confer regarding the

6

possibility of settlement.

7

       2.     The Parties shall submit a Joint Status Report by September 5, 2025, advising the

8

Court whether the Parties will seek an extension of the discovery stay or whether the discovery stay

9

may conclude.

10

       **IT IS SO ORDERED.**

11

UNITED STATES MAGISTRATE JUDGE

12

13

DATED:  7/9/2025

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin.  On the date of filing of the foregoing papers with the Clerk of Court, I caused a true and correct copy to be served in the following manner:

☒        ELECTRONIC SERVICE:    Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐        UNITED STATES MAIL:    By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address:

☐        OVERNIGHT COURIER:    By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below at their last-known mailing address:

☒        ELECTRONIC MAIL:        By emailing a true and correct copy of the above-referenced document to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address:

Combos Glass, Inc., Genoa Glass Inc. and
Christopher Combos
chriscombos@gmail.com
combosglass@gmail.com

☐        FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

CHRISTENSEN JAMES & MARTIN, CHTD.


By: ___/s/ Natalie Saville_____

6.