**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the
Glazing Health and Welfare Trust, et al.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE TRUST, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COMBOS GLASS, INC., *et al.*,<br><br>Defendants. | CASE NO.: 2:23-cv-01837-GMN-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER TO STAY CASE AS TO ALL DEFENDANTS**<br><br>**(TENTH REQUEST)** |

The Plaintiffs, Board of Trustees of the Glazing Health and Welfare Trust, *et al.* (collectively, the "Plaintiffs"), acting by and through their counsel, Christensen James & Martin, Chtd.; Defendants Combos Glass, Inc. ("Combos Glass"), Genoa Glass, Inc. ("Genoa Glass"), and Christopher Ronald Combos ("Mr. Combos") (Combos Glass, Genoa Glass, and Mr. Combos collectively, the "Combos Glass Defendants"), acting *pro se*; Defendant Western Surety Company ("WSC"), acting by and through its counsel, Anderson, McPharlin & Conners, LLP; Defendant SureTec Insurance Company ("SIC"), acting by and through its counsel, The Faux Law Group; and Defendants Bathroom & Closet, LLC ("B&C") and Larry Methvin Installations, Inc. ("LMI") (B&C and LMI collectively, the "LMI Defendants"), acting by and through their counsel, Littler Mendelson, P.C. (the Combos Glass Defendants, WSC, SIC, and the LMI Defendants collectively, "Defendants"), respectfully submit this Joint Status Report and Stipulation and Order to Stay Case as to all Defendants (this "Stipulation"). This Stipulation constitutes the Plaintiffs and Defendants' (collectively, the "Parties") tenth request for such an extension and is being entered in good faith, not for any improper purpose, and pursuant to the Order granting the Stipulation to Stay Case as to all Defendants (Ninth Request) dated July 9, 2025 [ECF No. 43]:

1. This Case was stayed through September 5, 2025, pursuant to the Order granting the Stipulation to Stay Case as to all Defendants (Ninth Request) dated July 9, 2025 [ECF No. 43].

2. The Case was previously stayed to allow the Plaintiffs' auditor to perform a multi-jurisdictional payroll compliance review ("Audit") for the period January 1, 2018 through March 31, 2023, and prepare an audit report, and for the Parties to review the audit report and confer regarding the possibility of settlement.

3. The Plaintiffs' auditor prepared the Audit Report, and it was distributed to the Defendants on or around January 30, 2025.

4. The Plaintiffs, Defendant WSC, Defendant SIC, and the LMI Defendants have reviewed the Audit Report.

5. The Plaintiffs and Defendant WSC agreed on settlement terms, and the Plaintiffs have dismissed WSC from this Case.

6. The Plaintiffs and Defendant SIC have agreed on settlement terms that would resolve the Plaintiffs' claims as to SIC. Settlement documents are in the process of being drafted and the Plaintiffs expect to dismiss SIC in the near future.

7. The Plaintiffs and the LMI Defendants have met and conferred regarding the possibility of settlement on multiple occasions and have proposed settlement offers, including the most recent offer from the Plaintiffs to the LMI Defendants submitted on September 2, 2025. The Plaintiffs and the LMI Defendants are continuing such settlement discussions with the intent and belief that negotiations regarding specific terms will lead to settlement and the dismissal of the LMI Defendants, if not the Case in its entirety in the near future.

8. The Plaintiffs and the LMI Defendants hereby acknowledge the complexities of the claims and disputes in this Case, which involve multi-jurisdictional claimants. Settlement offers must be considered and issued by several Subcommittees and Boards of Trustees of the Plaintiffs.

9. The Parties agree that this Case should be until October 6, 2025, including all applicable responsive pleading due dates, discovery dates, and case deadlines, to allow additional time for the Parties to confer regarding the possibility of settlement and, as applicable, negotiate final settlement terms and documents and file dismissal paperwork with the Court.

10. The Parties will inform the Court as to the potential for early resolution as soon as practicable before the expiration of the stay on October 6, 2025.

11. The Parties agree further that the stay discussed herein does not apply to any motions that may be brought by the Plaintiffs to compel compliance with this Stipulation.

12. The Parties do not anticipate seeking an extended stay in this Case following the Stay requested herein. If early resolution is not reached by the time the Stay expires, the LMI Defendants agree to file their answer(s) or otherwise respond to the Complaint [ECF No. 1] within 28 days after expiration of the Stay, and the parties agree to meet and confer and file a discovery plan under Rule 26(f) within 28 days after the LMI Defendants file their answer(s).

13. The Combos Glass Defendants have not participated in this Case or any settlement discussions, with the sole exception of signing a stipulation on April 25, 2025 [ECF No. 21]. The Plaintiffs intend to enter default against any of the Combos Glass Defendants who fail to answer or otherwise respond to the Complaint [ECF No. 1] within 7 days following the expiration of the Stay.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **COMBOS GLASS, INC.**[1] |
| By: ___/s/ Dylan J. Lawter_____<br>Dylan J. Lawter, Esq. (NV Bar 15947)<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Email: djl@cjmlv.com<br>*Attorneys for Plaintiffs Glazing Health and Welfare Trust, et al.* | By:_____<br>Christopher Combos, its President<br>PO Box 811<br>Genoa, NV 89411<br>Tel: (775) 830-3500<br>Email: chriscombos@gmail.com;<br>combosglass@gmail.com<br>*Pro se* |
| DATED: September 5, 2025. | DATED: September ___, 2025. |
| **LITTLER MENDELSON, P.C.** | **GENOA GLASS, INC.** |
| By: ___/s/ Katy Branson_____<br>Katy Branson, Esq.<br>8474 Rozita Lee Ave, Suite 200<br>Las Vegas, NV 89133<br>Tel: (702) 862-7730<br>Email: KBranson@littler.com<br>*Attorneys for Defendants Bathroom & Closet, LLC and Larry Methvin Installations, Inc.* | By:_____<br>Christopher Combos, its Secretary<br>PO Box 811<br>Genoa, NV 89411<br>Tel: (775) 830-3500<br>Email: chriscombos@gmail.com;<br>combosglass@gmail.com<br>*Pro se* |
| DATED: September 5, 2025. | DATED: September ___, 2025. |

---

[1] The Defendants listed herein without signatures did not respond to Plaintiffs' request for authorization/signature prior to filing.

| | |
|---|---|
| **THE FAUX LAW GROUP**<br><br>By:  */s/ Jordan F. Faux*<br>    Jordan F. Faux, Esq. (NV Bar 12205)<br>    2625 N. Green Valley Pkwy., #100<br>    Henderson, NV 89014<br>    Tel: (702) 458-5790<br>    Email: jfaux@fauxlaw.com<br>    *Attorneys for SureTec Insurance Company* | **CHRISTOPHER RONALD COMBOS**<br><br>_____<br><br>DATED:  September ___, 2025. |

DATED:  September 5, 2025.

## ORDER

For the reasons stated above, and for good cause, it is hereby ordered that:

1. This Case and all responsive pleading, discovery dates, and deadlines are stayed until October 6, 2025, to allow the Parties to confer regarding the possibility of settlement.

2. The Parties shall submit a Joint Status Report by October 6, 2025, advising the Court whether the Parties have reached a settlement.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   September 8, 2025

4.

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address:

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below at their last-known mailing address:

☒ ELECTRONIC MAIL: By emailing a true and correct copy of the above-referenced document to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address:

Combos Glass, Inc., Genoa Glass Inc. and
Christopher Combos
chriscombos@gmail.com
combosglass@gmail.com

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: ___/s/ Natalie Larson_____

5.