**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Glazing Health and Welfare Trust, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> COMBOS GLASS, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:23-cv-01837-GMN-BNW <br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST SURETEC INSURANCE COMPANY, ONLY** |

The Plaintiffs, Board of Trustees of the Glazing Health and Welfare Trust, *et al.* (collectively, the "Plaintiffs"), acting by and through their counsel, and Defendant SureTec Insurance Company ("SureTec"), by and through its counsel, hereby stipulate as follows:

1. The Plaintiffs and SureTec entered into a Settlement Agreement effective September 16, 2025, and the Settlement Payment required thereunder was then remitted to Plaintiffs through its counsel;

2. Through performance of the obligations set forth in the Settlement Agreement, all claims asserted by the Plaintiffs against SureTec in the above-captioned case have been resolved; and

/ / /

3. The Plaintiffs and Defendant SureTec respectfully request that SureTec be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs, except as set forth in the Mutual Release and Settlement Agreement.

| | |
|---|---|
| **CHRISTENSEN JAMES & MARTIN, CHTD.** | **THE FAUX LAW GROUP** |
| By: /s/ *Dylan J. Lawter* <br> Dylan J. Lawter, Esq. (15947) <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Tel: (702) 255-1718 <br> Email: djl@cjmlv.com <br> *Attorneys for Plaintiffs Glazing Health and Welfare Trust, et al.* | By: /s/ *Jordan Faux* <br> Jordan F. Faux, Esq. (NV Bar 12205) <br> 2625 N. Green Valley Pkwy., #100 <br> Henderson, NV 89014 <br> Tel: (702) 458-5790 <br> Email: jfaux@fauxlaw.com <br> *Attorneys for SureTec Insurance Company* |
| DATED: December 3, 2025 | DATED: December 3, 2025 |

## ORDER

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

Dated this  4  day of December, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-2-