**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the Glazing Health and Welfare Trust, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> COMBOS GLASS, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:23-cv-01837-GMN-BNW <br><br> **JOINT STATUS REPORT AND STIPULATION AND ORDER TO STAY CASE AS TO CERTAIN DEFENDANTS** <br><br> **(TWELFTH REQUEST)** |

The Plaintiffs, Board of Trustees of the Glazing Health and Welfare Trust, *et al*. (collectively, the "Plaintiffs"), acting by and through their counsel, Christensen James & Martin, Chtd.; Defendants Combos Glass, Inc. ("Combos Glass"), Genoa Glass, Inc. ("Genoa Glass"), and Christopher Ronald Combos ("Mr. Combos") (Combos Glass, Genoa Glass, and Mr. Combos collectively, the "Combos Glass Defendants"), acting pro se; and Defendants Bathroom & Closet, LLC ("B&C") and Larry Methvin Installations, Inc. ("LMI") (B&C and LMI collectively, the "LMI Defendants"), acting by and through their counsel, Littler Mendelson, P.C. (the Combos Glass Defendants and the LMI Defendants collectively, "Defendants"), respectfully submit this Joint Status Report and Stipulation and Order to Stay Case as to all Defendants (this "Stipulation"). This Stipulation constitutes the Plaintiffs and Defendants' (collectively, the "Parties") twelfth request for such an extension and is being entered in good faith, not for any improper purpose, and pursuant to the Order granting the Stipulation to Stay Case as to all Defendants (Eleventh Request) dated October 17, 2025 [ECF No. 49]:

1. This Case was stayed through December 5, 2025, pursuant to the Order granting the Stipulation to Stay Case as to all Defendants (Eleventh Request) dated October 17, 2025 [ECF No. 49].

2. The Case was previously stayed to allow the Plaintiffs' auditor to perform a multi-jurisdictional payroll compliance review ("Audit") for the period January 1, 2018 through March 31, 2023, and prepare an audit report, and for the Parties to review the audit report and confer regarding the possibility of settlement.

3. The Plaintiffs' auditor prepared the Audit Report, and it was distributed to the Defendants on or around January 30, 2025.

4. The Plaintiffs and Defendant Western Surety Company ("WSC") agreed on settlement terms and on September 5, 2025, the Plaintiffs and WSC entered into a Stipulation for Dismissal of Plaintiffs' Claims against WSC, only [ECF No. 44]. The Court entered an Order dismissing WSC from the Case on September 5, 2025 [ECF No. 45].

5. The Plaintiffs and and Defendant SureTec Insurance Company ("SIC") agreed on settlement terms and on December 3, 2025, the Plaintiffs and SIC entered into a Stipulation for Dismissal of Plaintiffs'' Claims against SIC, only [ECF No. 50].

6. The Plaintiffs and the LMI Defendants reviewed the Audit Report, agreed on settlement terms, and entered into a Settlement Agreement effective November 21, 2025 ("LMI Settlement Agreement"), to resolve the Plaintiffs' and the LMI Defendants' claims and defenses asserted in this Case. The LMI Settlement Agreement was fully executed this week, and the Plaintiffs expect to dismiss the LMI Defendants upon receipt of a settlement payment and confirmation of funds.

7. The Parties agree that this Case should be stayed until January 5, 2026, including all applicable responsive pleading due dates, discovery dates, and case deadlines, to allow additional time for the Plaintiffs to receive the settlement payment, confirm funds, and for applicable dismissal paperwork to be filed with the Court.

8. The Parties agree further that the stay discussed herein does not apply to any motions that may be brought by the Plaintiffs to compel compliance with this Stipulation or to enforce the

terms of the LMI Settlement Agreement.

9. The Parties do not anticipate seeking an extended stay in this Case following the stay requested herein.

10. The Combos Glass Defendants have not participated in this Case or any settlement discussions, with the sole exception of signing a stipulation on April 25, 2025 [ECF No. 21]. The Plaintiffs reserve the right to enter default against any of the Combos Glass Defendants who fail to answer or otherwise respond to the Complaint [ECF No. 1] within 7 days following the expiration of the Stay.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By:   /s/ Dylan J. Lawter
    Dylan J. Lawter, Esq. (NV Bar 15947)
    Tel: (702) 255-1718
    Email: djl@cjmlv.com
    *Attorneys for Plaintiffs Glazing Health and Welfare Trust, et al.*

DATED:  December 5, 2025.

**LITTLER MENDELSON, P.C.**[1]

By:_____
    Katy Branson, Esq.
    8474 Rozita Lee Ave, Suite 200
    Las Vegas, NV 89133
    Tel: (702) 862-7730
    Email: KBranson@littler.com
    *Attorneys for Defendants Bathroom & Closet, LLC and Larry Methvin Installations, Inc.*

DATED:  December 5, 2025.

**THE FAUX LAW GROUP**

By:_____
    Jordan F. Faux, Esq. (NV Bar 12205)
    2625 N. Green Valley Pkwy., #100
    Henderson, NV 89014
    Tel: (702) 458-5790
    Email: jfaux@fauxlaw.com
    *Attorneys for SureTec Insurance Company*

DATED:  December 5, 2025.

/ / /

**COMBOS GLASS, INC.**

By: [signature]
    Christopher Combos, its President
    PO Box 811
    Genoa, NV 89411
    Tel: (775) 830-3500
    Email: chriscombos@gmail.com;
    combosglass@gmail.com
    *Pro se*

DATED:  December  5 , 2025.

**GENOA GLASS, INC.**

By: [signature]
    Christopher Combos, its Secretary
    PO Box 811
    Genoa, NV 89411
    Tel: (775) 830-3500
    Email: chriscombos@gmail.com;
    combosglass@gmail.com
    *Pro se*

DATED:  December  5 , 2025.

**CHRISTOPHER RONALD COMBOS**

[signature]
_____

DATED:  December  5 , 2025.

---

[1] Defendants listed herein without signatures did not respond to Plaintiffs' request for authorization/signature prior to filing.

**ORDER**

For the reasons stated above, and for good cause, it is hereby ordered that this Case and all responsive pleading, discovery dates, and deadlines are stayed as to the Defendants named herein until January 5, 2026, to allow additional time for the Plaintiffs to receive the settlement payment, confirm funds, and for applicable dismissal paperwork to be filed with the Court.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   December 8, 2025

**CERTIFICATE OF SERVICE**

I am an employee of Christensen James & Martin. On the date of filing of the foregoing papers with the Clerk of Court, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address:

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below at their last-known mailing address:

☒ ELECTRONIC MAIL: By emailing a true and correct copy of the above-referenced document to the parties listed below:

Combos Glass, Inc., Genoa Glass Inc. and
Christopher Combos
chriscombos@gmail.com
combosglass@gmail.com

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: ___/s/ Natalie Larson___