**CHRISTENSEN JAMES & MARTIN, CHTD.**
Wesley J. Smith (11871)
Kevin B. Archibald (13817)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 255-1718
wes@cjmlv.com, kba@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs Board of Trustees of the*
*Glazing Health and Welfare Trust, et al.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLAZING HEALTH AND WELFARE TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> COMBOS GLASS, INC., *et al.*, <br><br> Defendants. | CASE NO.: 2:23-cv-01837-GMN-BNW <br><br> **STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST LARRY METHVIN INSTALLATIONS, INC. AND BATHROOM & CLOSET LLC, ONLY** |

The Plaintiffs, Board of Trustees of the Glazing Health and Welfare Trust, *et al.* (collectively, the "Plaintiffs"), acting by and through their counsel, and Defendants Bathroom & Closet, LLC ("B&C") and Larry Methvin Installations, Inc. ("LMI") (B&C and LMI collectively, the "LMI Defendants"), by and through their counsel, hereby stipulate as follows:

1.      The Plaintiffs and the LMI Defendants entered into a Settlement Agreement and Mutual Release effective November 21, 2025, and the Settlement Payment required thereunder was remitted to Plaintiffs through their counsel on or around December 4, 2025;

2.      Through performance of the obligations set forth in the Settlement Agreement and Mutual Release, all claims asserted by the Plaintiffs against the LMI Defendants in the above-captioned case have been resolved; and

/ / /

**CHRISTENSEN JAMES & MARTIN, CHTD.**
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

3.     The Plaintiffs and the LMI Defendants respectfully request that the LMI Defendants be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs, except as set forth in the Settlement Agreement and Mutual Release.

**CHRISTENSEN JAMES & MARTIN, CHTD.**

By: _/s/ Dylan J. Lawter_
    Dylan J. Lawter, Esq. (15947)
    7440 W. Sahara Avenue
    Las Vegas, Nevada 89117
    Tel: (702) 255-1718
    Email: djl@cjmlv.com
    *Attorneys for Plaintiffs Glazing Health*
    *and Welfare Trust, et al.*

DATED: January 28, 2026

**LITTLER MENDELSON, P.C.**

By: _/s/ Roger L. Grandgenett_
    Roger L. Grandgenett, Esq.
    8474 Rozita Lee Ave, Suite 200
    Las Vegas, NV 89133
    Tel: (702) 862-8800
    Email: rgrandgenett@littler.com
    *Attorneys for Defendants Bathroom &*
    *Closet, LLC and Larry Methvin*
    *Installations, Inc.*

DATED: January 28, 2026

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____January 30, 2026_____

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871